STATE OF NEW JERSEY v. MICHAEL WRIGHT.

October 12, 1982.

Petition for certification denied.

HARRY F. HELDUSER, III v. IRWIN I. KIMMELMAN.

October 13, 1982.

Leave to appeal is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Superintendent of the New Jersey State Police to hear the matter on the merits. This Order is without prejudice to an appropriate application to the Superintendent for his recusal. Jurisdiction is not retained.

PRECISION INDUSTRIAL DESIGN COMPANY, INC.
v.
DAVID BECKWITH.

October 19, 1982.

Petition for certification denied. (See 185 *N.J.Super.* 9)

BOARD OF EDUCATION OF THE TOWNSHIP OF WILLINGBORO
v. EMPLOYEES ASSOCIATION OF THE
WILLINGBORO SCHOOLS.

October 19, 1982.

Petition for certification denied.